No. 251. CHARLES WEIL ET AL., PLAINTIFF IN ERROR, *v.* EMANUEL W. BLOOMINGDALE, AS ASSIGNEE, ETC., ET AL. In error to the Supreme Court of the State of Washington. April 21, 1904. Dismissed with costs, pursuant to the tenth rule. *Mr. Louis D. Brandeis* and *Mr. John G. Palfrey* for plaintiffs in error. *Mr. Daniel P. Hays* for defendants in error.

---

No. 260. AUGUST A. BUSCH ET AL., APPELLANTS, *v.* G. P. WEBB ET AL. Appeal from the Circuit Court of the United States for the Eastern District of Texas. April 27, 1904. Dismissed with costs, on authority of counsel for appellants. *Mr. A. G. Moseley* and *Mr. Louis B. Eppstein* for appellants. *Mr. Amos L. Beaty* for appellees.

---

No. 729. ATLANTIC, GULF AND PACIFIC COMPANY, PLAINTIFF IN ERROR, *v.* UNITED STATES. In error to the District Court of the United States for the Northern District of California. May 31, 1904. Docketed and dismissed, on motion of *Mr. Solicitor General Hoyt* for the defendant in error. No one opposing.